(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL, #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CALIFORNIA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR Defendant, Omar Sanchez-Vera

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR SANCHEZ-VERA,<br><br>Defendant. | CASE NO.: **1:13-CR-00239 LJO-SKO**<br><br>**STIPULATION AND ORDER**<br>**TO VACATE 4/21/14, HEARING AND SET**<br>**CHANGE OF PLEA HEARING ON 4/28/14**<br><br>**Date: April 21, 2014**<br>**Time: 1:00 p.m.**<br>**HON. SHEILA K. OBERTO**<br>**Dept: 7** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the hearing in the above-captioned matter now set for April 21, 2014, at 1:00, in Courtroom 7, be vacated and that a Change of Plea Hearing be calendared for April 28, 2014, at 8:30 a.m., in Courtroom 4.

The reason for the continuance is due to the parties having reached a plea agreement in the matter and the Court's unavailability on April 21, 2014, to hear Defendant's Change of Plea.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth herein for the effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

///

///

Dated: April 17, 2014                    BENJAMIN WAGNER
                                         United States Attorney

                              By:   /s/ Melanie Alsworth
                                    MELANIE ALSWORTH
                                    Assistant United States Attorney,
                                    Attorney for Plaintiff

Dated: April 17, 2014                    HARRY M. DRANDELL
                                         Law Offices of Harry M. Drandell

                              By:   /s/ Harry M. Drandell
                                    HARRY M. DRANDELL
                                    Attorney for Defendant,
                                    OMAR SANCHEZ-VERA

O R D E R

IT IS HEREBY ORDERED that the hearing presently set for April 21, 2014, at 1:00 p.m., is vacated and that a Change of Plea Hearing is calendared on April 28, 2014, at 8:30 a.m., to be heard before the Honorable Lawrence J. O'Neill, Courtroom 4.

IT IS SO ORDERED.

Dated:  **April 17, 2014**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE